PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JOSHUA KUCHERKA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Civil No. 2:24-cv-00385-AC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND BRIEFING SCHEDULE** |

The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of 10 days to respond to Plaintiff's Motion for Summary Judgment in this case. In support of this request, the Commissioner respectfully states as follows:

1. The Commissioner's response to Plaintiff's Motion for Summary Judgment is due July 10, 2024. Defendant previously received one extension of this deadline.

2. Counsel for the Commissioner is awaiting a response from his client on whether settlement of this matter may be appropriate. Counsel for the Commissioner believes that this short extension may resolve this matter without necessitating this Court to address the merits of this matter. Moreover, this brief extension would conserve judicial time and resources should the Parties be able to resolve this matter.

3. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

4. This request is made in good faith and is not intended to unnecessarily delay the proceedings in this matter.

WHEREFORE, Defendant requests until July 20, 2024, respond to Plaintiff's Motion for Summary Judgment.

Date: *July 9, 2024*               UNITED DISABILITY LAW GROUP

                         By:   */s/ Kevin Heitke*_____
                               KEVIN HEITKE
                               *Authorized by email on July 9, 2024*
                               Attorneys for Plaintiff


Date: *July 9, 2024*               PHILIP A. TALBERT
                               United States Attorney
                               Eastern District of California

                         By:   */s/ Caspar Chan*_____
                               CASPAR CHAN
                               Special Assistant United States Attorney
                               Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: July 9, 2024.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE